# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **VERNON MADISON,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION No. 16-00191-KD-M |
| | ) |
| **JEFFERSON S. DUNN,** | ) |
| **Commissioner of the Alabama** | ) |
| **Department of Corrections,** | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby ORDERED, ADJUDGED, and DECREED that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, is denied. Madison is not entitled to a certificate of appealability.

**DONE** and **ORDERED** this 10th day of May 2016.

    s / Kristi K DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**